**CARROLL v. TOWN OF AYDEN**

[359 N.C. 66 (2004)]

GLENN R. CARROLL, Employee v. TOWN OF AYDEN, Employer, SELF-INSURED
(N.C. LEAGUE OF MUNICIPALITIES, Servicing Agent)

No. 611A03

(Filed 7 October 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 160 N.C. App. 637, 586 S.E.2d 822 (2003), affirming an opinion and award entered by the North Carolina Industrial Commission on 17 July 2002. Heard in the Supreme Court 14 September 2004.

*Stanley Law Firm, by Wade A. Stanley, for plaintiff-appellant.*

*Lewis & Roberts, P.L.L.C., by Jack S. Holmes and Bryant D. Paris, III, for defendant-appellees.*

PER CURIAM.

AFFIRMED.